# Court of Appeals
## Tenth Appellate District of Texas

10-25-00079-CR
10-25-00080-CR

Reginald Benard Hatton,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
87th District Court of Limestone County, Texas
Judge Amy Thomas Ward, presiding
Trial Court Cause Nos. 12029-A and 12115-A

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Reginald Hatton appeals from the denial of his motion for judgment nunc pro tunc in the above proceedings. The State has filed a Motion to Dismiss Hatton's appeals for lack of jurisdiction on the grounds that a denial of a motion for judgment nunc pro tunc is not an appealable order or judgment.

An order denying a motion nunc pro tunc is not appealable. *See Castor v. State*, 205 S.W.3d 666, 667 (Tex. App.—Waco 2006, no pet.). The appropriate

remedy for the denial of a motion nunc pro tunc is to file a petition for writ of mandamus in the court of appeals. *Ex parte Florence*, 319 S.W.3d 695, 696 (Tex. Crim. App. 2010); *Ex parte Ybarra*, 149 S.W.3d 147, 148-49 (Tex. Crim. App. 2004).

We therefore dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 43.2(f).

_____

LEE HARRIS
Justice

OPINION DELIVERED and FILED:  May 22, 2025

Before Chief Justice Johnson,
　　　Justice Smith, and
　　　Justice Harris
Dismissed
Do not publish
CRPM

